# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOBBIE LEANDRA CRABTREE (1),<br>KYLE ROBERT TOOHEY (2),<br><br>Defendant. | Case No.: 22-CR-588-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |

The plaintiff, United States of America; Bobbie Leandra Crabtree, by and through her counsel, Megan E. Foster; and Kyle Robert Toohey, by and through her counsel Payton T. Randle, have filed a joint motion to continue the April 15, 2022 Motion Hearing and Trial Setting.

Good cause shown, the Court grants the motion and resets the Motion Hearing and Trial Setting for May 20, 2022 at 1:30 p.m. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: April 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge